SADIE KOLSON, Respondent, v. JOSEPH HIRSCHHAUT, Appellant.—
Judgment and order of the County Court of Kings county affirmed, with
costs. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., con-
curred; Carr, J., not voting.

HERMAN A. MALINOWSKI, as Administrator, etc., of WANDA MALIN-
OWSKI, Deceased, Appellant, v. F. KINDT COMPANY, Respondent.—Judg-
ment and order unanimously affirmed, with costs. No opinion. Present
— Thomas, Stapleton, Mills and Rich, JJ.

CHESTER G. PAIGE, Respondent, v. MINNIE PROTZMANN, Appellant.—
Order of the County Court of Kings county affirmed, without costs. No
opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.,
concurred.

MARGARET MARIE PETTIT, as Administratrix, etc., of LEON FRANCIS
PETTIT, Deceased, Appellant, v. THE LONG ISLAND RAILROAD COMPANY,
Respondent.— Order reversed, with ten dollars costs and disbursements,
and motion to change place of venue denied, with ten dollars costs, on
authority of *Higbie* v. *Long Island R. R. Co.* (176 App. Div. 934), decided
January 19, 1917. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred;
Carr, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOL COHEN,
Appellant.—Judgment of conviction of the County Court of Kings county
reversed, and new trial ordered, on the authority of *People* v. *Zimmer*
(174 App. Div. 470). Thomas, Carr, Stapleton, Rich and Putnam, JJ.,
concurred.

HENRY E. SCHWAB, Appellant, v. NELLIE J. SCHWAB and GERMAN
SAVINGS BANK IN THE CITY OF NEW YORK, Respondents. (Action No.
3.) — Judgment reversed and new trial granted, costs to abide the event,
on the authority of *Schwab* v. *Schwab, No. 4* (*ante*, p. 246), decided here-
with. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J.,
not voting.

HENRY E. SCHWAB, Appellant, v. NELLIE J. SCHWAB and SOUTH
BROOKLYN SAVINGS INSTITUTION, Respondents. (Action No. 6.) — Judg-
ment reversed and new trial granted, costs to abide the event, on the
authority of *Schwab* v. *Schwab, No. 4* (*ante*, p. 246), decided herewith.
Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

HENRY E. SCHWAB, Appellant, v. NELLIE J. SCHWAB and the EAST
RIVER SAVINGS INSTITUTION, Respondents. (Action No. 8.) — Judg-
ment reversed and new trial granted, costs to abide the event, on the
authority of *Schwab* v. *Schwab, No. 4* (*ante*, p. 246), decided herewith.
Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

HENRY E. SCHWAB, Respondent, v. NELLIE J. SCHWAB, Appellant.—
Judgment affirmed, without costs. No opinion. Jenks, P. J., Stapleton,
Mills and Rich, JJ., concurred; Carr, J., not voting.

SPRINGFIELD, L. I., CEMETERY SOCIETY, Respondent, v. LOUIS HER-
MAN and BARBARA HERMAN, Appellants.—Judgment modified by strik-
ing therefrom the allowance for damages, and as so modified affirmed,
without costs. Such modification is made upon the ground that we
think the evidence did not discriminate between the damages caused by